Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>           Plaintiff,<br><br>     vs.<br><br>HANI A. SHEHADEH, et al.,<br><br>           Defendants. | No. 1:13-cv-00939-AWI-GSA<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez and Defendants Hani A. Shehadeh, Nizar A. Shehadeh, Tawfiq S. Amer dba Handy Korner Market, and Kassim Yahya dba Handy Korner Market, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Date: September 10, 2013                    MOORE LAW FIRM, P.C.


                                            */s/ Tanya E. Moore*
                                            Tanya E. Moore
                                            Attorneys for Plaintiff
                                            Natividad Gutierrez

STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER

Page 1

1  Date: September 10, 2013                     LLOYD WINTER, P.C.

                                                */s/ Jody L. Winter*
                                                Jody L. Winter
                                                Attorneys for Defendants
                                                Hani A. Shehadeh, Nizar A. Shehadeh, Tawfiq S.
                                                Amer dba Handy Korner Market, and Kassim
                                                Yahya dba Handy Korner Market

## **ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated:   September 10, 2013                     _____
                                                SENIOR  DISTRICT  JUDGE